IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD LINDSAY,**

    **Plaintiff,**

**v.**

                                  No. 17-cv-254-DRH-RJD

**JOHN DOES 1-5 and JACQUELINE LASHBROOK,**

    **Defendants.**

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Pending before the Court is an October 15, 2018 Report and Recommendation ("the Report") issued by Magistrate Judge Reona J. Daly. (Doc. 40). Judge Daly recommends that the Court grant Defendant Lashbrook's motion to dismiss (Doc. 39) because "Plaintiff's conduct demonstrates a record of bad faith and delay." (Doc. 40, p. 4).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within (14) days of service. (*See* Doc. 36, p. 5). To date, neither party has filed objections and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), the Court need not conduct *de novo* review of this matter. *Thomas v. Arn,* 474 U.S. 140, 149-52 (1985).

Accordingly, the Court **ADOPTS** the Report in its entirety (Doc. 40). The

Court **GRANTS** Lashbrook's motion to dismiss (Doc. 39). This litigation is dismissed with prejudice as to all Defendants. The Court directs the Clerk of Court to enter judgment in favor of Defendants and against Plaintiff. The file to be closed.

**IT IS SO ORDERED.**

Judge Herndon
2018.11.02
17:28:32 -05'00'

United States District Judge